IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NUVOX COMMUNICATIONS, INC.
and XSPEDIUS COMMUNICATIONS, LLC,
on behalf of its operating affiliates,
XSPEDIUS MANAGEMENT CO. OF
JACKSONVILLE, LLC, and XSPEDIUS
MANAGEMENT CO. SWITCHED SERVICES,
LLC,

        Plaintiffs,

v.	4:05cv189-WS

FLORIDA PUBLIC SERVICE COMMISSION,
BRAULIO BAEZ, in his official capacity as
Chairman of the Florida Public Service
Commission; J. TERRY DEASON, RANDOLPH
BRADLEY, and LISA EDGAR, in their
official capacities as Commissioners of the
Florida Public Service Commission; and
BELLSOUTH TELECOMMUNICATIONS, INC.,

        Defendants.

_____

## RECOMMENDING REASSIGNMENT TO JUDGE MICKLE

This case is before the court upon referral from the Office of the Clerk. The court having been advised that this case is related to another case already assigned to Judge Mickle, Case No. 4:05cv132-SPM, it is recommended that the case be reassigned to Judge Mickle.

The clerk shall send a copy of this recommendation to Chief Judge Hinkle.

DONE AND ORDERED this June 17, 2005.

   /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE