IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

NUVOX COMMUNICATIONS INC., et al.,

    Plaintiffs,

vs.                                         CASE NO. 4:05cv189-SPM/AK

FLORIDA PUBLIC
SERVICE COMMISSION, et al.,

    Defendants.

_____/

**ORDER DISMISSING CLAIMS OF XSPEDIUS**

Upon consideration of the Stipulation of Dismissal (doc. 35) on the claims of Plaintiff Xspedius, it is

ORDERED AND ADJUDGED:

1.     The claims of Plaintiff Xspedius are dismissed with prejudice, with each party to bear its own fees and costs.

2.     This case shall proceed on the claims of Plaintiff Nuvox.

DONE AND ORDERED this 8th day of February, 2008.

                *s/ Stephan P. Mickle*
                Stephan P. Mickle
                United States District Judge